**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PAUL OCHOA

                     *Plaintiff,*

          -against-

5 SQUARE MANAGEMENT LLC, 4 SQUARE
MANAGEMENT LLC., GREENE STREET
ACQUISITIONS #1 CORP. d/b/a Greene St.
Acquisitions 1 Corp., BROWN BROTHERS GROUP
LLC., PPS UNION LLC, PPS UTICA LLC, PARK
PRO SYSTEMS, INC., ERIC S. BROWN a/k/a Erick
Brown, IAN BROWN, PAUL PIERORAZIO and
MARCO BARRANCOS


                    *Defendants.*
-----------------------------------------------------------------X

**Case No. 24-cv-7300**

**NOTICE OF MOTION TO**
**ENTER DEFAULT JUDGMENT**

    **PLEASE TAKE NOTICE**, that upon the annexed application of Plaintiff PAUL

OCHOA, the declaration of Plaintiff PAUL OCHOA and the affirmation of Colin Mulholland,

Esq., and the exhibits annexed thereto, the undersigned will move this Court before the Honorable

Marcia M. Henry., United States District Judge, located at the United States District Court of the

Eastern District of New York, 225 Cadman Plaza East Brooklyn, NY 11201, as soon as counsel

may be heard, for an Order entering default judgment against **Defendants 4 SQUARE**

**MANAGEMENT LLC., BROWN BROTHERS GROUP LLC, Greene Street Acquisitions**

**#1 Corp. d/b/a Greene St. Acquisitions 1 Corp, PPS UNION LLC, PPS UTICA LLC, ERIC**

**S. BROWN, IAN BROWN, PAUL PIERORAZIO and MARCO BARRANCOS**, and such

other and further relief this Court deems just and proper.

    **PLEASE TAKE FURTHER NOTICE that any opposition to this motion is to be made**

**on or before October 15, 2024, or on any other such day as set by the Court.**

Dated:  Astoria, New York
        August 25, 2025

                                */s/Colin Mulholland, Esq.*

Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11108
Telephone: (347) 687-2019
*Attorney for Plaintiff*